# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2224
LT Case No. 1989-CF-011492-A

_____

MAHMOUD BESHARAT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Brevard County.
Stephen G. Henderson, Judge.

Mahmoud Besharat, Perry, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kristen L.
Davenport, Assistant Attorney General, Daytona Beach, for
Appellee.

January 9, 2024

PER CURIAM.

    AFFIRMED.

HARRIS, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____